Wilbur V. Willmeroth, Appellee, v. Henry C. Nienaber, Police Magistrate of City of Peru, Appellant.

Gen. No. 10,326.

216 

 opinion filed March 8, 1949; rehearing denied May 3, 1949; released for publication May 4, 1949. Van Peursem, McNeilly & Ryan, for appellant; U. S. Collins, Jr., for appellee. Opinion by Justice Bristow. Not to be published in full.